# EXHIBIT 2

STATE OF MINNESOTA            DISTRICT COURT
COUNTY OF SCOTT         FIRST JUDICIAL DISTRICT
                                CASE TYPE:  OTHER CIVIL

_____

Elizabeth Lutz, individually and on behalf of      Court File No. 70-CV-21-118414
all others similarly situated,                    Honorable Martin Fallon

            Plaintiff,

v.                                   **NOTICE OF FILING**
                                 **NOTICE OF REMOVAL**

Electromed, Inc.,

            Defendant.

_____

TO:     Scott County District Court Administrator, Scott County Justice Center,
        200 Fourth Avenue West, Government Center - JC115, Shakopee, MN 55379,
        Bryan L. Bleichner and Christopher P. Renz, Chestnut Cambronne PA,
        100 Washington Avenue South, Suite 1700, Minneapolis, MN 55401, Nathan D. Prosser,
        Hellmuth & Johnson, PLLC, 8050 West 78th Street, Edina, MN, and Terence R. Coates
        and Dylan J. Gould, Markovits, Stock & DeMarco EEC, 3825 Edwards Road, Suite 650,
        Cincinnati, OH 45209.

        PLEASE TAKE NOTICE that on October 6, 2021, Defendant Electromed, Inc., pursuant

to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 filed a Notice of Removal with the United States

District Court for the District of Minnesota, removing this action to federal court from

Scott County District Court, First Judicial District, in the State of Minnesota.  A copy of that

Notice of Removal, along with the attached exhibits, is attached hereto as Exhibit A.  Pursuant to

28 U.S.C. § 1446(d), the Scott County District Court "shall proceed no further unless and until

the case is remanded" from the United States District Court.

**ANTHONY OSTLUND LOUWAGIE**
**DRESSEN & BOYLAN P.A.**

Dated:  October 6, 2021

By:   *s/ Daniel R. Hall*
   Brooke D. Anthony (#0387559)
   Daniel R. Hall (#392757)
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
Telephone:  (612) 349-6969
banthony@anthonyostlund.com
dhall@anthonyostlund.com

*Attorneys for Defendant*