# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ELIZABETH LUTZ, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>ELECTROMED, INC.,<br><br>              Defendant. | No. 0:21-cv-02198 (KMM/DTS)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE PLAN** |

_____

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel of record, respectfully move the Court for an order granting Preliminary Approval of Class Action Settlement and Notice Plan.

This motion is supported by the accompanying memorandum of law; the declaration of Terence R. Coates, with the attached exhibits; the declaration of Richard Simmons (Analytics Declaration; Settlement Administrator), with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at the hearing.

Dated: October 19, 2022

                                            *s/ Bryan L. Bleichner*_____
                                            Bryan L. Bleichner (#0326689)
                                            Christopher P. Renz (#0313415)
                                            **CHESTNUT CAMBRONNE PA**
                                            100 Washington Avenue South, Suite 1700
                                            Minneapolis, MN 55401
                                            Telephone: (612) 339-7300
                                            *bbleichner@chesnutcambronne.com*
                                            *crenz@chestnutcambronne.com*

2

        Nathan D. Prosser (#0329745)
**HELLMUTH &JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
*nprosser@hjlawfirm.com*

Terence R. Coates (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street
Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

*Attorneys for Plaintiff and the Class*