UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ELIZABETH LUTZ, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

ELECTROMED, INC.,

    Defendant.

Case No. 21-cv-2198 (KMM/DTS)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD TO PLAINTIFF**

_____

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's December 2, 2022, Order Granting Preliminary Approval of Class Action Settlement and Notice Plan [Dkt. No. 57], Plaintiff, through Class Counsel, respectfully brings this unopposed Motion to the Court for an Order awarding attorneys' fees, reimbursement of expenses, and a service award to Plaintiff Elizabeth Lutz.

This motion is supported by the Memorandum of Law in Support of Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiff; the Declaration of Bryan L. Bleichner in Support Plaintiff's Unopposed Motion for an Award of Attorney's Fees, Reimbursement of Expenses, and Service Award to Plaintiff and attached exhibits; and all the files, records, and proceedings in this matter.

Respectfully Submitted,

Dated: February 16, 2023

*s/Bryan L. Bleichner*
Bryan L. Bleichner (MN 0326689)
Christopher P. Renz (MN 0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
*bbleichner@chesnutcambronne.com*
*crenz@chestnutcambronne.com*

Nathan D. Prosser (MN 0329745)
**HELLMUTH &JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
*nprosser@hjlawfirm.com*

Terence R. Coates (*pro hac vice*)
Dylan J. Gould (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

*Attorneys for Plaintiff and the Class*