UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELIZABETH LUTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROMED, INC.,<br><br>Defendant. | Case No. 21-cv-2198 (KMM/DTS)<br><br>**PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff will move this Court on June 5, 2023 at 10:00 A.M. before the Honorable Katherine Menendez, United States District Judge, in Courtroom 3A, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55416, for an Order granting its Unopposed Motion for Final Approval of Class Action Settlement.

This motion is supported by the accompanying memorandum of law, the Declaration of Nathan D. Prosser and the exhibits attached thereto, the record references set forth in the memorandum of law, all of the records, files, and proceedings herein, and the arguments of counsel to be made at the hearing.

Date: May 23, 2023

By: */s/ Nathan D. Prosser*
Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
(952) 941-4005

nprosser@hjlawfirm.com

Bryan L. Bleichner (MN #0326689)
Christopher P. Renz (MN #0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
(612) 339-7300
bbleichner@chestnutcambronne.com
crenz@chestnutcambronne.com

Terence R. Coates *(pro hac vice)*
Dylan J. Gould *(pro hac vice)*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court, Suite 530
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com
dgould@msdlegal.com

**Class Counsel**